UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MY GOALS SOLUTIONS, INC., *et al.,*

                      Plaintiffs,

          -against-

ZEUS NETWORKS, LLC, *et al.,*

                      Defendants.
-----------------------------------------------------------------X

24 Civ. No. 2918 (LTS) (GS)

**VIDEO STATUS CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Video Status Conference on **Thursday, August 7, 2025 at 10:00 a.m.** Counsel are directed to submit a joint status letter no later than Tuesday, August 5, 2025 advising the court as to the status of this matter. The Parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting. **Meeting ID: [235 739 320 464 7]  Passcode: [U45rk98n]**

      **SO ORDERED.**

DATED:    New York, New York
              May 28, 2025

                                                        _____
                                                        The Honorable Gary Stein
                                                       United States Magistrate Judge