**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
MY GOALS SOLUTIONS, INC., *et al.,*

                            Plaintiffs,

                -against-

ZEUS NETWORKS, LLC,

                            Defendant.
-------------------------------------------------------------------------X

                                                             **24 Civ. No. 2918 (LTS) (GS)**

                                                                    <u>**ORDER**</u>

**GARY STEIN, United States Magistrate Judge:**

      Defendant previously filed a motion requesting that the Court schedule a discovery conference or, in the alternative, issue a ruling directing Plaintiffs to correct their Rule 26 disclosures and serve further responses to Defendant's Request for Production of Documents, particularly with respect to Plaintiffs' damages computation.  (Dkt. No. 47).  The Court ordered that it would hear and discuss this issue at its previously scheduled status conference, to be held on Thursday, November 6, 2025 at 11 a.m.  (Dkt. No. 49).  Separately within the Order, the Court directed Plaintiffs "to submit a letter setting forth their position on the issues . . . by no later than Friday, October 24, 2025."  Plaintiffs have filed no such letter, nor have they sought an extension of this deadline.  This is particularly troublesome given Defendant's counsel's allegation that Plaintiffs' counsel has similarly failed to timely correspond with Defendant on these issues.  The Court hereby orders Plaintiffs to submit their letter on these issues (along with an explanation of why they failed to meet the October 24 deadline) by no later than Friday, October 31, 2025.  Plaintiffs are on notice that, should they fail to respond, the Court will be inclined to treat Defendant's discovery requests as unopposed.

      **SO ORDERED.**

DATED:   New York, New York
          October 29, 2025

                                            */s/ Gary Stein*
                                      The Honorable Gary Stein
                                      United States Magistrate Judge