**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MY GOALS SOLUTIONS, INC., *et al.*,

                                    Plaintiff,

            -against-

ZEUS NETWORKS, LLC,

                                Defendant.
-----------------------------------------------------------------X

**24 Civ. No. 2918 (LTS) (GS)**

<u>**DISCOVERY CONFERENCE**</u>
<u>**ORDER**</u>

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Discovery Status Conference on <u>**Friday, March 06, 2026**</u>

<u>**at 2:00 p.m..**</u>  The parties must be prepared to advise the Court as to the status of discovery,

whether extensions of the discovery deadlines are warranted, and, if so, for how long.  Counsel

are directed to appear for the conference, in-person, at 500 Pearl Street, New York, NY 10007,

Courtroom 9A.

        **SO ORDERED.**

DATED:     New York, New York
             February 18, 2026

_____
The Honorable Gary Stein
United States Magistrate Judge