

ShapiroCroland
Shapiro • Croland • Reiser • Apfel • Di Iorio, LLP.

Joshua M. Lurie, Esq.
Partner
jmlurie@shapirocroland.com
Member of NJ, NY and VT (inactive) Bars

February 24, 2026

**Via ECF Only**
Hon. Gary Stein, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 9A
New York, New York 10007-1312

# MEMO ENDORSED

> Re:    My Goals Solutions, Inc., et al. v. Zeus Networks, LLC, et al.
>        Civil Case No. 1:24-cv-02918-LTS-GS

Dear Magistrate Judge Stein,

As the Court is aware, the undersigned represents Plaintiffs in the above-referenced matter. Please construe this letter as a joint submission on behalf of both Plaintiffs and Defendants.

After careful consideration of the ongoing issues, and considering the potential risks and benefits of further litigation, the parties write to jointly request that the Court stay this matter and refer the matter to mediation.

We thank the Court for its time and attention to this matter. Should the Court require any further information, we shall make ourselves available for Your Honor.

Respectfully submitted,

Joshua M. Lurie, Esq.

JML:me
cc:    All Counsel (via ECF only)

_____

Counsellors at Law | A Limited Liability Partnership Including Professional Corporations
411 Hackensack Avenue, Hackensack, NJ 07601, tel 201-488-3900, fax 201-488-9481
NY office by appt. only: One Grand Central Plaza, Suite 4600, New York, NY 10165
www.shapirocroland.com

Application granted in part and denied in part.  The Court approves the parties' request for a referral to mediation.  However, the Court declines to stay proceedings at this time.  The parties are still ordered to appear before this Court, in-person, on Friday, March 6, 2026, pursuant to the order at Docket Number 59.  In addition to the issues outlined in that order, the parties should be prepared to explain why a stay should be ordered in this case, when a referral to mediation alone does not ordinarily justify a stay.

SO ORDERED.

Date:   New York, New York
        February 25, 2026

Gary Stein
United States Magistate Judge
Southern District of New York