**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
MY GOALS SOLUTIONS, INC., *et al.,*

                Plaintiffs,

        -against-

ZEUS NETWORKS, LLC,

                Defendants.
------------------------------------------------------------------------X

**24 Civ. No. 2918 (LTS) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

On March 6, 2026, the Court held an in-person conference with respect to, *inter alia*, (1) the parties' discovery disputes identified in prior status updates (Dkt. Nos. 53, 57); and (2) the parties' request for a stay of this case pending mediation (Dkt. No. 60). For the reasons discussed during the conference, it is hereby ORDERED that:

1. The parties shall submit a joint status update informing the Court of the mediation schedule by no later than Friday, March 27, 2026.

2. The parties shall submit a joint status update within 3 business days after completion of the mediation session.

3. This action is hereby STAYED until May 31, 2026.

    **SO ORDERED.**

DATED:      New York, New York
            March 6, 2026

                                _____
                                The Honorable Gary Stein
                                United States Magistrate Judge